# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONALD RAY MAGEE, JR.

NO. 2022 KW 0710

**SEPTEMBER 26, 2022**

---

In Re:    Donald Ray Magee, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 11-CR5-114111.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.** Relator's pleading does not meet the requirements to prove he is entitled to relief under La. Code Crim. P. art. 926.2. Furthermore, there is no indication that relator timely presented his request to recuse the judge in this matter, and he failed to include a copy, if any, of the ruling on the request for recusal.

**WRC**
**CHH**

**Theriot, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

*a. Sw*

---
DEPUTY CLERK OF COURT
FOR THE COURT